1  Treaver K. Hodson, SBN: 179184
   Mary E. Krugh, SBN: 264584
2  PALMER KAZANJIAN WOHL HODSON LLP
   520 Capitol Mall, Suite 600
3  Sacramento, CA 95814
   Telephone:  (916) 442-3552
4  Facsimile:  (916) 442-3606
   E-Mail:     mkrugh@pkwhlaw.com
5
   Attorneys for Defendants
6  YING YU CHEN d/b/a HAPPY CAFÉ and YING YU CHEN, an
   individual
7
   Scott N. Johnson, SBN: 166952
8  DISABLED ACCESS PREVENTS INJURY, INC.
   5150 Fair Oaks Boulevard, Suite 101
9  PMP #253
   Carmichael, CA 95608-5758
10 Telephone:  (916) 485-3516
   Facsimile:  (916) 481-4224
11 E-Mail:     scottnjohnson@dapiinc.com

12 Attorney for Plaintiff
   SCOTT N. JOHNSON
13

14                UNITED STATES DISTRICT COURT

15          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

16
17 SCOTT N. JOHNSON,                    Case No. 2:12-CV-00182-GEB-CKD

18         Plaintiff                    **STIPULATION TO EXTEND TIME TO
                                        RESPOND TO COMPLAINT; ORDER**
19    v.

20 YING YU CHEN, individually and d/b/a
   HAPPY CAFE,
21
           Defendant(s).
22

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER

IT IS STIPULATED by and between the parties, through their respective counsel, that the date by which Defendants must serve their Answer or other responsive pleading to Plaintiffs' Complaint be extended 60 days, from March 8, 2012 until May 7, 2012.

Dated: March 2, 2012          PALMER KAZANJIAN WOHL HODSON LLP


By: /s/ Mary E. Krugh
Treaver K. Hodson
Mary E. Krugh

Attorneys for Defendants
YING YU CHEN d/b/a HAPPY CAFÉ and
YING YU CHEN, an individual


Dated: March 2, 2012          DISABLED ACCESS PREVENTS INJURY, INC.


By: /s/ Scott N. Johnson (as authorized on 3/2/12
Scott N. Johnson

Attorneys for Plaintiff
SCOTT N. JOHNSON

ORDER

IT IS SO ORDERED.

3/5/12

GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER      2.