IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Ying Yu Chen, Individually and d/b/a Happy Café,<br><br>        Defendant. | 2:12-cv-00182-GEB-CKD<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Defendant filed a "Notice of Settlement" on May 1, 2012, in which Defendant states, "the parties to the above action have reached a settlement[, and] . . . the parties expect to have dispositional documents filed within 21 days of filing this Notice of Settlement." (ECF No. 11.)

        Therefore, a dispositional document shall be filed no later than May 22, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated: May 2, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge